FILED
Aug 26 2026
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ andreamclaughlin DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,
Plaintiff,
v.
JOSE MIGUEL MEDRANO-DELGADILLO,
Defendant.

Case No.: 26MJ8738-LR

**JUDGMENT AND ORDER OF DISMISSAL OF COMPLAINT**

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing, the Motion to Dismiss the Complaint Without Prejudice is GRANTED.

The Court HEREBY ORDERS:

That the Complaint in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: August 26, 2026

HON. LUPE RODRIGUEZ, JR.
UNITED STATES MAGISTRATE JUDGE